No. 70–105.   HANRAHAN *v.* DOE ET AL.; and

No. 70–106.   HEFFERNAN, GUARDIAN *v.* DOE ET AL. Appeals from D. C. N. D. Ill.   Motion of appellees to vacate stay order entered by MR. JUSTICE MARSHALL on February 10, 1971, denied.

No. 70–153.   UNITED STATES *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN ET AL. (PLAMONDON ET AL., REAL PARTIES IN INTEREST). C. A. 6th Cir.   [Certiorari granted, 403 U. S. 930.]   Motion of respondents for additional time for oral argument granted and a total of two hours allotted for oral argument.   The Solicitor General allotted one hour to argue on behalf of the United States; counsel for named respondent allotted one-half hour and counsel for unnamed respondents allotted one-half hour for oral argument.   MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion.

No. 70–286.   IOWA BEEF PACKERS, INC. *v.* THOMPSON ET AL.   Sup. Ct. Iowa.   [Certiorari granted, *ante,* p. 820.] Motion requesting writ of certiorari be dismissed as improvidently granted deferred to hearing of case on the merits.

No. 70–5039.   FUENTES ET AL. *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL.   Appeal from D. C. S. D. Fla.   [Probable jurisdiction noted, 401 U. S. 906, *sub nom. Fuentes* v. *Faircloth.*]   Motion for leave to cite supplemental authority granted.

No. A–666; 71–5277.   CARTER *v.* COURT OF CRIMINAL APPEALS OF TEXAS.   Application for stay of further court proceedings presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.   Motion for leave to file petition for writ of mandamus denied.   MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted.